**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ernest Admoren-Nweke v. The State of Texas

Appellate case number:    01-19-01001-CR

Trial court case number:  1648314A

Trial court:             179th District Court of Harris County

Appellant's motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: <u>Richard Hightower</u>
                        Acting for the Court

Panel consists of Justices Keyes, Hightower, and Countiss.

Date: <u>December 31, 2020</u>